# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Huguette Nicole Young,

          Plaintiff,      Case No. 20-12707

v.                                  Judith E. Levy
                                  United States District Judge

Dana Nessel,

                                  Mag. Judge Anthony P. Patti

          Defendant.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE [1]

Plaintiff Huguette Nicole Young filed the complaint in this case on October 5, 2020. (ECF No. 1.) That same day, Plaintiff filed an application to proceed *in forma pauperis*, but the application was incomplete such that the Court could not determine whether Plaintiff could proceed without prepayment of the filing fee. (ECF No. 2.) On April 16, 2021, the Court entered an order to show cause requiring Plaintiff to correct the filing deficiency or face dismissal of her action. (ECF No. 12.) Plaintiff was ordered to pay the filing fee or submit a completed and supported application to proceed *in forma pauperis* by April 26, 2021. (*Id.* at

PageID.207–208.) As of the date of this order, Plaintiff has not corrected the deficiency.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: April 30, 2021
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager